**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**COLAPISSA PROPERTIES, L.L.C.**                         **CIVIL ACTION**

**versus**                                               **No. 06-8063**

**ASSURANCE COMPANY OF AMERICA**, *et al.*               **SECTION: I/2**

## ORDER AND REASONS

Before the Court is a motion for summary judgment filed on behalf of plaintiff, Colapissa Properties, L.L.C., ("Colapissa"), requesting the dismissal of the complaint in intervention[1] filed by Niles, Bourque & Fontana, L.L.C., ("NBF"). For the reasons set forth below, Colapissa's motion for summary judgment is **DENIED**.

The Federal Rules of Civil Procedure "endow the trial judge with formidable case-management authority." *Rushing v. Kansas City S. Railway Co.*, 185 F.3d 496, 508 (5th Cir. 1999). Rule 16 (b) of the Federal Rules of Civil Procedure provides in pertinent part that, "the district judge shall, after receiving the report from the parties under Rule 26(f) or after consulting with the attorneys for the parties and any unrepresented parties by a scheduling conference. . ., enter a scheduling order that limits the time. . . to file motions." Fed. R. Civ. P. 16(b)(2). "[A] party who ignores any case-management deadline does so at his own peril." *Rushing*, 185 F.3d at 508.

The Court entered a scheduling order on July 3, 2007 stating

---

[1] Rec. Doc. No. 23.

that all pretrial motions must be filed and served in sufficient time to permit hearing thereon no later than **Wednesday, October 10, 2007**.[2] Although this Court previously instructed that it would consider a "properly filed" motion for summary judgment,[3] the present motion for summary judgment was filed by Colapissa on **Tuesday, October 16, 2007**.[4] Colapissa has, without leave of the Court, clearly exceeded the time limit set by the Court for filing pretrial motions.

Accordingly, **IT IS ORDERED** that Colapissa's motion for summary judgment is **DENIED** as untimely.[5]

New Orleans, Louisiana, October __22nd__, 2007.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[2] Rec. Doc. No. 4.

[3] Rec. Doc. No. 43, p. 8.

[4] Rec. Doc. No. 45.

[5] See e.g., Hernandez v. Brazoria County, 21 F.3d 1108 (5th Cir. 1994) (upholding district court's denial of motion to dismiss and for summary judgment as untimely); see also Lemon v. Dugger, 931 F.2d 1465, 1468 (11th Cir. 1991) (upholding the district court's finding that defendants' motion for summary judgment was untimely because defendants had not filed a motion for permission to file it out of time, consistent with the pretrial order).
 Accordingly, NBF's request for oral argument regarding Colapissa's motion for summary judgment and NBF's motion to continue the hearing on Colapissa's motion for summary judgment are **DISMISSED AS MOOT**. See Rec. Doc. Nos. 46-47.